# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC23-00172-MWF(ASx) | Date | February 7, 2024 |
|---|---|---|---|
| Title | Sebastian B. Kirchfeld v. Department of Defense | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 30, 2023, Plaintiff filed a motion for an order pursuant to the customer challenge provisions of the Right to Financial Privacy Act of 1978. (Dkt. No. 1). On January 17, 2024, the Court issued a minute order directing Plaintiff to serve a copy of the motion and the minute order on Respondent, and file a proof of service by February 5, 2024. (Dkt. No. 4). To date, Plaintiff has failed to file a proof of service or request an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE no later than **February 18, 2024** why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |