UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | MC 23-00172-MWF (ASx) | Date | March 20, 2025 |
|---|---|---|---|
| Title | *Sebastian B. Kirchfeld v. Department of Defense* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Not present | Not present |

**Proceedings (In Chambers):**   **THIRD ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 22, 2024, Plaintiff filed a Response to the Court's Second Order to Show Cause. (Dkt. No. 8). On July 25, 2024, Plaintiff was informed that his Response contained various deficiencies, including lacking the required title page and signature. (Dkt. No. 9). On February 7, 2025, the Court issued an Order directing Plaintiff to file an Amended Response to the Second Order to Show Cause that cured the deficiencies listed on the Notice to Filer of Deficiencies in Filed Document (Dkt. No. 9) by no later than February 28, 2025. (Dkt. No. 10). To date, however, Plaintiff has failed to file an Amended Response that includes a title page, signature, case name, judge's initials, and case number.

Accordingly, Plaintiff is again **ORDERED TO SHOW CAUSE, in writing, no later than April 3, 2025**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged with the filing of an Amended Response to the Second Order to Show Cause that cures the deficiencies listed on the Notice to Filer of Deficiencies in Filed Document (Dkt. No. 9).

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

**IT IS SO ORDERED.**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |